NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RENEE HARRIS,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3149

---

Petition for review of the Merit Systems Protection Board in case no. DC0752100086-I-2.

---

## ON MOTION

---

Before O'MALLEY, *Circuit Judge*

### ORDER

Renee Harris moves for reconsideration of the court's order denying her motion to supplement the record.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**DEC 0 9 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: George M. Chuzi, Esq.
Sara B. Rearden, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 0 9 2011**

**JAN HORBALY**
**CLERK**